UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>— against —<br><br>ABRAHAM HERNANDEZ,<br><br>Defendant. | 19 CR 97 (VM)<br><br>**SCHEDULING ORDER** |

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the evidentiary hearing currently scheduled to be held on Thursday, December 5, 2019 at 2:00 p.m. shall be rescheduled to Tuesday, January 7, 2020 at 10:30 a.m.

**SO ORDERED.**

Dated: New York, New York
       December 5, 2019

_____
Victor Marrero
U.S.D.J.

SDNY
MENT
CTRONICALLY FILED
C #: _____
DATE FILED: 12/5/19