```
                                                  ┌─────────────────────────────────┐
                                                  │ USDC SDNY                       │
                                                  │ DOCUMENT                        │
                                                  │ ELECTRONICALLY FILED            │
                                                  │ DOC #:_____          │
                                                  │ DATE FILED:  6/22/2020          │
                                                  └─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,                  :
                                           :
                                           :         **19 CR 0097(VM)**
            -against-                      :         **ORDER**
                                           :
ABRAHAM HERNANDEZ,                         :
                                           :
                      Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

        Counsel for the Defendant has notified the Court that it intends to file a motion to dismiss the Indictment in the above-captioned action. The parties propose that the Defendant's motion be filed by July 6, 2020, the Government's response be filed by July 20, 2020, and the Defendant's reply be filed by July 27, 2020.

        All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 6, 2020.

        It is hereby ordered that the Defendant's motion shall be filed by July 6, 2020, the Government's response shall be filed by July 20, 2020, and the Defendant's reply shall be filed by July 27, 2020.

        It is further ordered that time until July 6, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          22 June 2020

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.