

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2020

**VIA EMAIL**

The Honorable Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**   *United States v. Abraham Machuca Hernandez*, 19 Cr. 97 (VM)

Dear Judge Freeman:

    The Government respectfully requests that the Court order the unsealing of the above-captioned Superseding Indictment. Abraham Machuca Hernandez, the defendant, self-surrendered on this day, August 25, 2020, and is anticipated to make his first appearance in this District before this Court to be presented and arraigned on the Superseding Indictment.

    Very truly yours,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Sarah Mortazavi/Jarrod L. Schaeffer
    Assistant United States Attorneys
    (212) 637-2520 / 2270

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Dated: 08/25/2020