```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :          **19 CR 97(VM)**
            -against-                  :             **ORDER**
                                       :
ABRAHAM HERNANDEZ,                     :
                                       :
                  Defendant.           :
--------------------------------X
**VICTOR MARRERO, U.S.D.J.:**


        Counsel for the Government requests that the Court schedule

a status conference in this matter. (See Dkt. No. 50.) A status

conference shall be held on Friday, September 4, 2020 at 10:00

a.m.

        In light of the ongoing public health emergency, the status

conference shall be a teleconference. The parties are directed

to use the dial-in number 888-363-4749, with access code 8392198.

        The parties are further directed to review the Court's

Emergency Individual Rules and Practices in Light of COVID-19,

available on the Court's website:

https://nysd.uscourts.gov/hon-victor -marrero.


**SO ORDERED:**

Dated:    New York, New York
          26 August 2020


                                    _____
                                         Victor Marrero
                                         U.S.D.J.