USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      19 CR 97(VM)
          -against-                :      ORDER
                                   :
ABRAHAM HERNANDEZ,                 :
                                   :
               Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The trial in this matter, currently scheduled to begin on March 15, 2021 is hereby rescheduled. Trial in this matter shall be scheduled to begin on July 26, 2021 at 9:00 a.m.

    All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until July 26, 2021.

    It is hereby ordered that time until July 26, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           02 February 2021

                                      _____
                                      Victor Marrero
                                        U.S.D.J.