UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA            :
                                    :
                                    :       19-cr-97 (JSR)
            -v-                     :
                                    :       ORDER
ABRAHAM HERNANDEZ,                  :
                                    :
        Defendant.                  :
                                    :
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

      After pleading guilty to possession of child pornography,

Defendant Abraham Hernandez was sentenced on December 20, 2021 to

time served, plus five years of supervised release, the conditions

of which included prohibiting the "unlawful" use or possession of

a controlled substance. ECF No. 72. Hernandez has since received

a prescription to use medical marijuana, and defense counsel

accordingly moves to modify the terms of Hernandez's supervised

release to permit him to use medical marijuana pursuant to his

prescription and to remove the drug treatment condition. ECF No.

75. The Government opposes. Id. The defense motion is hereby

granted, and the terms of Hernandez's supervised release are

modified to permit him to use medical marijuana pursuant to his

prescription and to remove the drug treatment condition. The Clerk

is directed to close the entry at docket number 75.

      SO ORDERED.

Dated:   New York, NY
         March 11, 2022          JED S. RAKOFF, U.S.D.J.